**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| | **:** | **No. 14-323-14** |
| **v.** | **:** | |
| | **:** | |
| **JAMEAR MCGURN** | **:** | |
| | **:** | |

**ORDER**

This 22nd day of October, 2015, it is hereby **ORDERED** that Defendant Jamear McGurn's

Third Motion to Join Co-Defendants' Motions is **GRANTED**.

 /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Court Judge